Capó, Recurrente, v. El Registrador de Ponce, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Ponce, denegando la inscripción de una escritura de división de terreno.

No. 362.—Resuelto en junio 4, 1918.

Inscripción de Fincas a Nombre de Persona Distinta.—Afirmando el registrador que la finca que se trata de inscribir lo fué ya desde hace tiempo, comprendida dentro de otra de mayor extensión, a nombre de persona distinta, sin que dicha afirmación haya sido destruída por el recurrente, debe confirmarse la nota recurrida.

Los hechos están expresados en la opinión.

El recurrente, Sr. Rafael A. Capó, compareció en nombre propio.

El registrador recurrido, Sr. Miguel Planellas, no compareció.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

Hace más de sesenta años Luis A. Becerra vendió a Pedro Juan Capó, José Alemar y Nicolás Márquez una finca de unas mil cuerdas. Los compradores de común acuerdo, en el año de 1856, dividieron la finca así adquirida, quedando en tal virtud cada uno dueño de una determinada porción.

Así las cosas, el 4 de abril de 1918, se presentó en el Registro de la Propiedad de Ponce la documentación en donde constan los anteriores hechos, a los efectos de que se inscribiera la porción correspondiente a Pedro Juan Capó, a nombre del mismo, y el registrador se negó a ello por medio de la nota contra la cual se ha interpuesto el presente recurso. Dicha nota dice así:

"Inscrita esta escritura de división de terreno, por virtud de otra copia, a los folios 9 y 100 del tomo 2 de Santa Isabel y al folio 203 del tomo 1 del mismo ayuntamiento, inscripciones 4ª., 1ª. y 2ª. respectivamente, de las fincas números 49, 68 y 39, *no se puede calificar hoy* el referido documento en cuanto a la legalidad del mismo y capacidad de los otorgantes, de acuerdo con la resolución dictada en 24 de enero del corriente año por la Corte Suprema de Puerto Rico en el recurso de Gerena contra el Registrador de la Propiedad de Humacao; pero se deniega la inscripción a favor de don Pedro Juan Capó de las trescientas treinta y tres cuerdas, treinta y tres y un tercio céntimos, que le fueron adjudicadas en la referida escritura, por resultar del registro que dicha porción se refundió en la hacienda 'Destino,' según consta en la inscripción cuarta de la finca número cuarenta y nueve, al folio nueve del tomo segundo de Santa Isabel, propiedad actualmente dicha hacienda 'Destino' de Mr. Charles L. Crehore y doña América Ana Capó y Boscana, en común proindiviso, *      *      *.*"

Como la afirmación que hace el registrador en su nota no ha sido destruída por el recurrente, queda en pie el hecho de que la finca que se trata de inscribir a favor de Capó lo fué ya desde hace tiempo comprendida dentro de otra de mayor extensión y consta hoy inscrita a nombre de persona distinta. Siendo ello así, es necesario concluir que la negativa del registrador está bien fundada y en su consecuencia que debe declararse sin lugar el recurso interpuesto contra ella.

*Confirmada la nota recurrida.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.